EDWARD B. DOLTON, EXECUTOR, v. MARIE M. SICKEL.

On *certiorari*.

Before Justices GARRISON and GARRETSON.

For the prosecutor, *Holt & Van Dike.*

For the defendant, *Frank S. Katzenbach, Jr.*

PER CURIAM.

In this case counsel have stipulated that a certain statement of facts is the case as settled by the judge of the District Court. The writ is directed to the judge, and calls for his official certificate. The case of Parish *v.* New Domestic Sewing Machine Co., decided at the present term, applies to this case, and the practice therein outlined will be extended to this return.